# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1422
_____

HAKEEM JAMAL TOMPKINS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the County Court for Alachua County.
Meshon Trinette Rawls, Judge.


July 2, 2026

PER CURIAM.

   AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Julian Elmo Markham, III, Assistant Attorney General, Tallahassee, for Appellee.